# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SIERRA SHANKLE**,

      Plaintiff,

                                Case Number: **8:21-cv-0631-TPB-TGW**

      v.

**CLARITY SERVICES, INC.**,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Sierra Shankle, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Clarity Services, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant with prejudice.

Submitted this July 2, 2021, by:

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
1614 N. 19th St.
Tampa, FL 33605
(813) 567-1230
bmorgan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendant's counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954